**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**AURELIA WILSON,**

     **Plaintiff,**

**v.**                                 **Case No. 3:25-cv-1490-AW-ZCB**

**FRANK J. BISIGNANO,
Commissioner of the Social Security
Administration,**

     **Defendant.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

I have considered the magistrate judge's June 9, 2026, report and recommendation, ECF No. 18, to which there has been no objection. I now conclude that the report and recommendation should be approved, and I incorporate it into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on July 27, 2026.

s/ *Allen Winsor*
Chief United States District Judge